IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| WILLIAM WALKER,         Plaintiff, | : : : | PRISONER CIVIL RIGHTS 42 U.S.C. § 1983 |
| v. | : : | |
| UNNAMED DEFENDANT,         Defendant. | : : | CIVIL ACTION NO. 1:15-CV-0076-TWT-JFK |

**UNITED STATES MAGISTRATE JUDGE'S**
**FINAL REPORT AND RECOMMENDATION**

The matter is before the Court on submission of the Court's January 14, 2015, Order that directed Plaintiff, within thirty days, (1) either to submit the full initial filing and administrative fees or execute and return a properly completed financial affidavit seeking leave to proceed *in forma pauperis* and (2) to submit an amended complaint. (Order of Jan. 14, 2015, ECF No. 2). The undersigned advised Plaintiff that failure to comply with that directive could result in the dismissal of the action and directed the Clerk to resubmit this action at the expiration of the specified time period. (Id. at 4).

The time period expired on February 13, 2015.  Out of an abundance of caution, the Court has allowed Plaintiff additional time, and as of March 9, 2015, the records of the Clerk of Court indicate that Plaintiff has not submitted the applicable fees, an

*in forma pauperis* application, or an amendment as ordered and has not otherwise responded.

Accordingly,

**IT IS RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE**, due to Plaintiff's failure to comply with a lawful order of this Court. LR 41.3 A.(2), NDGa.

The Clerk of Court is **DIRECTED** to withdraw the referral to the undersigned Magistrate Judge.

**IT IS SO RECOMMENDED and DIRECTED**, this this 11th day of March, 2015

_____
JANET F. KING
UNITED STATES MAGISTRATE JUDGE